B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Indiana

In re  Rhonda Jean Jaggers                    ,          Case No.  19-40458-reg

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V  
         Name of Transferee

Village Capital & Investment, LLC  
         Name of Transferor

Name and Address where notices to transferee should be sent:  
  c/o Rushmore Loan Management Services  
  P.O. Box 55004  
  Irvine, CA 92619-2708  
Phone:  888.504.6700  
Last Four Digits of Acct #:  5586

Court Claim # (if known):  16-1  
Amount of Claim:  $86,085.35  
Date Claim Filed:  01/09/2020

Phone:  
Last Four Digits of Acct. #:  3252

Name and Address where transferee payments should be sent (if different from above):  
  c/o Rushmore Loan Management Services  
  P.O. Box 52708  
  Irvine, CA 92619-2708  
Phone:  888.504.6700  
Last Four Digits of Acct #:  5586

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons                    Date: 02/17/2022  
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.